

| United States Bankruptcy Court | **Voluntary Petition** |
|---|---|
| **Western** **District of** **New York** | |

| Name of Debtor(if individual, enter Last, First, Middle): Kegelmyer, James R. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the debtor in the last 8 years (include maiden and trade names): | All Other Names used by the joint debtor in the last 8 years (include maiden and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 7790 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City and State): 1308 South Avenue <br> Niagara Falls NY  ZIP CODE 14305-284 | Street Address of Joint Debtor (No. & Street, City and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: Niagara | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor (Form of Organization)**
(Check one box)
- ☒ Individual (includes Joint Debtors)
  **See Exhibit D on page 2 of this form.**
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Tax-Exempt Entity**
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (**the Internal Revenue Code**).

**Nature of Business**
(Check all applicable boxes)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts (check one box)**
- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee Waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C.§101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C.§101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  THIS SPACE FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds for distribution to unsecured creditors

| Estimated number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |



| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>Kegelmyer, James R. |
|---|---|

| **All prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)** | | |
|---|---|---|
| Location<br>Where Filed:<br>N/A | Case Number<br><br>N/A | Date Filed:<br><br>N/A |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor:<br>N/A | Case Number:<br>N/A | Date Filed:<br>N/A |
| District<br>N/A | Relationship:<br>N/A | Judge:<br>N/A |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 134 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.   I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code. |
| ☐ Exhibit A is attached and made part of this petition. | /s/ Edward J. Dinki        02/13/2009<br>Signature of Attorney for Debtor(s).     Date: |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a seperate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made part of this petition.

---

**Information Regarding the Debtor-Venue**
*(Check any applicable box)*

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately proceeding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business, or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this district.

---

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    Name of landlord that obtained judgment:

    Address of landlord:

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. & 362(1)).



| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Kegelmyer, James R. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter title 11, United States Code, specified in this petition.

X  /s/ James R. Kegelmyer
_____
Signature of Debtor

X_____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
_____
02/13/2009
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correc, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐  Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

02/13/2009
Date

### Signature of Attorney

X  /s/ Edward J. Dinki
_____
Signature of Attorney for Debtor(s)
Printed Name of Attorney for Debtor(s)
Edward J. Dinki, Esq.
Firm Name
Nicholas, Perot, Smith, Bernhardt &
Address
12364 Main Road
Akron, New York 14001
Telephone Number
(716) 542-5413
Date 02/13/2009
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor(Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date 02/13/2009

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this coument and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. §110.)
Address

X_____
Date 02/13/2009
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# UNITED STATES BANKRUPTCY COURT

Western **District of** New York

In re Kegelmyer, James R.                                  Case No. 

       Debtor(s)                                                          (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

Kegelmyer, James R.

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will any filing fee you paid, and your creditors will be able to resume collection activities agaist you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*



☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling breifing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the developed through the agency. Any extension of the 30-day deadline can be granted only 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of:*[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4)as physically impaired to the extent of being unable, after reasonable effort, to participate a credit counseling briefing in person. by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

   **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: /s/ James R. Kegelmyer

                     Kegelmyer, James R.

Date: 02/13/2009



Form 7 Stmt of Financial Affairs (12/07) **Blumberg** Excelsior, Inc., Publisher, NYC 10013

# STATEMENT OF FINANCIAL AFFAIRS
## UNITED STATES BANKRUPTCY COURT
Western DISTRICT OF New York

In re: Kegelmyer, James R.

Debtor(s)  Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. Sec, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business within the last 6 years, as defined below, also must complete Questions 19-25. If the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINATIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, orowner of 5 percent or more of the voting or equity securities of a corporation; a partner other than a limited partner, of a partnership, a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates or the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

NONE
| |

## 01 INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the gross amount of income the debtor has received from employment trade or profession or from operation of the debtor's business including part-time activities either as an employee or in independent trade or business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains or has maintained financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCES |
|--------|---------|
| 6000.00 | 2009 YTD Income |
| 26481 | 2008 Income |
| 24869.00 | 2007 Income |

NONE
|X|  **02 INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS**

State the amount of income received by the debtor other than from employment trade profession operation of the debtor's business during the two years immediately preceeding the commencement of this case. Give particulars. If a joint petition is filed state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|  **03A PAYMENTS TO CREDITORS**

List all payments on loans installment purchases of goods or services and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|  **03B PAYMENTS TO CREDITORS**

List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5475. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|  **03C PAYMENTS TO CREDITORS**

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT | NATURE OF PROCEEDING | COURT & LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Capital One Bank (USA), N.A. against James R. Kegelmyer, Index No. 08-48222 | | Niagara Falls City Court, County of Niagara, State of New York | |
| Capital One Bank (USA), N.A. against James R. Kegelmyer, Index No. 47898/08 | | Niagara Falls City Court, County of Niagara, State of New York | |
| Capital One Bank (USA), N.A. against James R. Kegelmyer, Index No. 48220/08 | | Niagara Falls City Court, County of Niagara, State of New York | |
| Arrow Financial Services, LLC against James Kegelmyer, Index No. 08-48891-08 | | Niagara Falls City Court, County of Niagara, State of New York | |
| NY Financial Services, LLC against James Kegelmyer, Index No. 48508-08 | | Niagara Falls City Court, County of Niagara, State of New York | |
| Capital One Bank (USA), N.A. against James R. Kegelmyer; Index No. 08004468 | | Niagara County Supreme Court | |

NONE
X

## 04B SUITS AND ADMINISTRATIVE PROCEEDINGS EXECUTION GARNISHMENTS AND ATTACHMENTS

Describe all property that has been attached garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

## 05 REPOSSESSIONS FORECLOSURES AND RETURNS

List all property that has been repossessed by a creditor sold at a foreclosure sale transferred through a deed in lieu of foreclosure or returned to the seller within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

## 06A ASSIGNMENTS AND RECEIVERSHIPS

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

## 06B ASSIGNMENTS AND RECEIVERSHIPS

List all property which has been in the ands of a custodian receiver or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless spouses are separated and a joint petition is not filed.)

NONE
X

## 07 GIFTS

7List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|   08 LOSSES

List all losses from fire theft other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|   09 PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

List all payments made or property transferred by or on behalf of the debtor to any persons including attorneys for consultation concerning debt consolidation relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

NONE
|X|   10A OTHER TRANSFERS

List all other property other than property transferred in the ordinary course of the business or financial affairs of the debtor transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|   10B OTHER TRANSFERS

List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

NONE
|X|   11 CLOSED FINANCIAL ACCOUNTS

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed sold or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking savings or other financial accounts certificates of deposit or other instruments; shares and share accounts held in banks credit unions pension funds cooperatives associations brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
[X]

## 12 SAFE DEPOSIT BOX

List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
[X]

## 13 SETOFFS

List all setoffs made by any creditor including a bank against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
[X]

## 14 PROPERTY HELD FOR ANOTHER PERSON

List all property owned by another person that the debtor holds or controls.

NONE
[X]

## 15 PRIOR ADDRESS OF DEBTOR

If debtor has moved within three years immediately preceding the commencement of this case list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed report also any separate address of either spouse.

NONE
[X]

## 16 SPOUSES AND FORMER SPOUSES

If the debtor resides or resided in a community property state commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.



## 17A ENVIRONMENTAL INFORMATION

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice and if known the Environmental Law:



## 17B ENVIRONMENTAL INFORMATION

List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.



## 17C ENVIRONMENTAL INFORMATION

List all judicial or administrative proceedings including settlements or orders under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding and the docket number.



## 18A NATURE LOCATION AND NAME OF BUSINESS

If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner or managing executive of a corporation, partner in a partnership, sole proprietor or was self-employed in a trade, profession or other activity either full-or part-time within six years immediately preceding the commencement of this case or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case. List the names addresses taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.List the names addresses taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all business in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the busiinesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.



NONE
| X |    18B NATURE LOCATION AND NAME OF BUSINESS

Identify any business listed in response to subdivision a. ,above, that is "single asset real estate" as defined in 11 U.S.C. Sec. 101.

In re: Kegelmyer, James R.

Debtor(s) Case No. (if known)

# DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

### DECLARATION UNDER PENALTY OF PERJURY

(If completed by an individual or individual and spouse) I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date

Signature /s/ James R. Kegelmyer

Kegelmyer, James R.

Date

Signature

(if joint case, both spouses must sign.)

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. §110)

Printed or Typed Name of Bankruptcy Petition Preparer

Social Security Number
(Required by U.S.C.§110(c)).

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.

X_____        _____

Signature of Bankruptcy Petition Preparer                              Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement of financial affairs, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Continuation sheets attached

Date 02/13/2009

Signature_____

(Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporatoin must indicate position or relationship to debtor.)

### PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY
Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §152 and 3571.

In re: Kegelmyer, James R.                                    Debtor(s)  Case No. _____ (if known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |
| | Total -> | | | (Report also on Summary of Schedules) |

Form B6 B (12/07) BlumbergExcelsior, Inc., Publisher, NYC 10013

In re:  Kegelmyer, James R.                          Debtor(s)    Case No.                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01 Cash on hand | | | | |
| | | HSBC Bank Account - Frozen | | 1,962.00 |
| 02 Checking savings or other financial accounts certificates of deposit or shares in banks savings and loan thrift building and loan and homestead associations or credit unions brokerage houses or cooperatives. | | | | |
| | | Riverside FCU | | 60.00 |
| 03 Security Deposits with public utilities telephone companies landlords and others. | x | | | |
| 04 Household goods and furnishings including audio video and computer equipment. | | | | |
| | | Various and sundry furniture, appliances and household goods located at debtor's residence. | | 1,500.00 |
| 05 Books; pictures and other art objects; antiques; stamp coin record tape compact disc and other collections or collectibles. | x | | | |
| 06 Wearing apparel. | | | | |
| | | Various wearing apparel and costume jewelry at debtor's residence. | | 1,000.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->   4,522.00

_____ Continuation sheets attached

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 07 Furs and jewelry. | x | | | |
| 08 Firearms and sports photographic and other hobby equipment. | x | | | |
| 09 Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10 Annuities. Itemize and name each issuer. | x | | | |
| 11 Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1) Give particulars.(file separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | | 401K through Employer. | | 7,000.00 |
| 12 Interests in IRA ERISA Keogh or other pension or profit sharing plans. Give particulars. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->    11,522.00

_____ Continuation sheets attached

Form B6 B (12/07)   BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Kegelmyer, James R.                     Debtor(s)   Case No.                (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13 Stock and interest in incorporated and unincorporated businesses. Itemize. | x | | | |
| 14 Interest in partnerships or joint ventures. Itemize. | x | | | |
| 15 Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16 Accounts receivable. | x | | | |
| 17 Alimony maintenance support and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18 Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 19 Equitable or future interests life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A of Real Property. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->   | 11,522.00

_____ Continuation sheets attached

Form B6 B (12/07)  BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Kegelmyer, James R.                    Debtor(s)    Case No.                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20 Contingent and non-contingent interests in estate of a decedent death benefit plan life insurance policy or trust. | x | | | |
| 21 Other contingent and unliquidated claims of every nature including tax refunds counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | x | | | |
| 22 Patents copyrights and other general intellectual property. Give particulars. | x | | | |
| 23 Licenses franchises and other general intangible. Give particulars. | x | | | |
| 24 Customer lists or compilations containing personally identifiable information (as defined in 11U.S.C. §101(41A)) provided by individuals connected with obtaining product or service from the debtor primarily for personal family or household purposes. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    11,522.00

_____ Continuation sheets attached

In re: Kegelmyer, James R.                                    Debtor(s)     Case No.                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25 Automobiles trucks trailers and other vehicles and accessories. | | 2004 Saturn Vue located at debtor's residence (Citizens Bank) | | 8,400.00 |
| 26 Boats motors and accessories. | x | | | |
| 27 Aircraft and accessories. | x | | | |
| 28 Office equipment furnishings and supplies. | x | | | |
| 29 Machinery fixtures equipment and supplies used in business. | x | | | |
| 30 Inventory. | x | | | |
| 31 Animals. | x | | | |
| 32 Crops-growing or harvested. Give particulars. | x | | | |
| 33 Farming equipment and implements. | x | | | |
| 34 Farm supplies chemicals and feed. | x | | | |
| 35 Other personal property of any kind not already listed. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)     Total ->     | 19,922.00 |

_____ Continuation sheets attached

In re: Kegelmyer, James R.        Debtor(s)   Case No.        (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $136,875

☐ 11 U.S.C. § 522(b)(2)

☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| HSBC Bank Account - Frozen | N.Y. Debt. & Cred. Law § 283(2) Bank Deposits | 1,962.00 | 1,962.00 |
| 401K through Employer. | N.Y. Ins. Law § 4607 Public Retirement Systems | 7,000.00 | 7,000.00 |
| Various and sundry furniture, appliances and household goods located at debtor's residence. | CPLR § 5205(a)(5) Wearing Apparel Household Furniture Refrigerator Radio TV Crockery Tableware and Cooking Utensils | 1,500.00 | 1,500.00 |
| Various wearing apparel and costume jewelry at debtor's residence. | CPLR § 5205(a)(5) Wearing Apparel Household Furniture Refrigerator Radio TV Crockery Tableware and Cooking Utensils | 1,000.00 | 1,000.00 |
| Riverside FCU | N.Y. Debt. & Cred. Law § 283(2) Bank Deposits | 60.00 | 60.00 |
| 2004 Saturn Vue located at debtor's residence (Citizens Bank) | N.Y. Debt. & Cred. Law § 282(iii)(1) Motor Vehicles | 2,400.00 | 8,400.00 |

In re: Kegelmyer, James R.                                    Debtor(s)  Case No.

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO D E B T | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C # | | | VALUE $      6,400.00 | 4,000.00 | | |
| Citizens Automobile Financ Attn:  Bankruptcy Departme P.O. Box 42115 Providence, RI 02940-2115 | | | Claim was incurred in 2004, 2004 Sautrn Vue. | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |

|  | Subtotal -> (Total of this page) | 4,000.00 | 0.00 |
|---|---|---|---|
|  | Total -> | 4,000.00 | 0.00 |

_____ Continuation Sheets attached. (use only on last page of the completed Schedule D.)

(Report total also on Summary of Schedules)    (If applicable, Report also on Statistical Summary of Certain Liabilities and Related Data.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.



Form B6 E (12/07)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Kegelmyer, James R.    Debtor(s) Case No.    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $10,950 per employee, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $5400 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2425 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(8)

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for deathe or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intocicated from using alcohol, a drug, or another substance 11 U.S.C.  § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NO. (See Instructions) | CO DE B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMT NOT ENTITLED TO PRIORITY, IF ANY | C U D * |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | Total -> | | | |
| | | | | | Total -> | | |
| | | | | | | | |
| Continuation Sheets attached. | | | Subtotal -> (Total of this page) | | | | |
| (Use only on last page of the completed Schedule E. (Report total also on Summary of Schedules.) | | Total -> | | | | | |
| (Use only on last page of the completed Schedule E.) If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | Total -> | | | | |

Form B6 F (12/07)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Kegelmyer, James R.                                    Debtor(s)        Case No.                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 1129<br>Arrow Finanical Services, C/O Mullooly, Jeffrey, et 6851 Jericho TPK P.O. Box 9036 Syosset, NY 11791-9036 | | | As assignee and/or other notification for Arrow Financial Services, LLC | | |
| Atlantic Credit & Finance c/o CAPITAL MANAGEMENT SE 726 Exchange Street Suite 700 Buffalo, New York 14210 | | | | | |
| 6189<br>Atlantic Credit & Finance C/O CAPITAL MANAGEMENT SE Attn: Bankruptcy Departm 726 Exchange St, Suite 70 Buffalo, New York 14210 | | | Claim incurred 2000-2008, HSBC Account # 5408010031256189. | | 2,518.37 |
| 5017<br>Capital One C/O PHILLIP & COHEN ASSOC Attn: Bankruptcy Departm P.O. Box 48458 Oak Rark, MI 48237 | | | As Assignee and/or other notification for Capital One. | | |
| 6208<br>Capital One Bank C/O Forster & Garbus P.O. Box 9030 Farmingdale, NY 11735-903 | | | Claim incurred 2000-2008 for the purchase of goods and/or services through Capital One Bank (USA), N.A. Acct # N0000002249620 | | 2,135.58 |
| 5017<br>Capital One Bank (USA), N Attn: Bankruptcy Departm 1680 Capital One Drive McClean, VA 22102 | | | Claim incurred 2000-2008 through Capital One Acct # 5178052458295017. | | 2,119.52 |

X ___ continuation sheets attached.

Subtotal  $  6,773.47

Total  $  6,773.47

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Kegelmyer, James R.                    Debtor(s)        Case No.                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 8553<br>Capital One Bank (USA), N<br>Attn:  Bankruptcy Departm<br>1680 Capital One Drive<br>McClean, VA 22102 | | | Claim incurred 2000-2008 re:  Acct # 5178052393218553. | | 5,195.08 |
| 5017<br>Capital One Bank (USA), N<br>C/O FORSTER & GARBUS<br>Attn:  Bankruptcy Departm<br>P.O. Box 9030<br>Farmingdale, NY 11735-903 | | | As assignee and/or other notification for Capital One Bank (USA), N.A. | | |
| 8553<br>Capital One Bank (USA), N<br>C/O FORSTER & GARBUS<br>Attn:  Bankruptcy Departm<br>P.O. Box 9030<br>Farmingdale, NY 11735-903 | | | As assignee and/or other notification for Capital One Bank (USA), N.A. | | |
| 8553<br>Capital One Bank (USA), N<br>C/O Forster & Garbus<br>Attn:  Bankruptcy Departm<br>500 Bi County Blvd.<br>Farmingdale, NY 11735 | | | As assignee and/or other notification for Capital One Bank (USA), N.A. re: Acct. No. Acct # 5178052393218553. | | |
| 2928<br>Capital One Bank (USA), N<br>C/O Forster & Garbus<br>P.O. Box 9030<br>Farmingdale, NY 11735-903 | | | AAO incurred 2000-2008 for the purchase of goods and/or services through Capital One Bank (USA), N.A. Acct# N00000023432928 | | 4,917.18 |
| 8553<br>Capital One Bank (USA), N<br>C/O UNITED RECOVERY SYSTE<br>Attn:  Bankruptcy Departm<br>P.O. Box 722929<br>Houston, TX 77272-2929 | | | As assignee and/or other notification for Capital One Bank (USA), N.A. Acct # 5178052393218553. | | |

X
_____ continuation sheets attached.

Subtotal  $  10,112.26

(Use only on last page of the completed Schedule F.)     Total  $  16,885.73
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

In re: Kegelmyer, James R.                    Debtor(s)        Case No.                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 8553<br>Capital One Bank (USA), N NCO FINANCIAL SYSTEMS, IN Attn: Bankruptcy Departm 507 Prudential Road Horsham, PA 19044 | | | As assignee and/or other notification for Capital One Bank (USA), N.A. re: Acct # 5178052393218553. | | |
| Capital One Bank/Forster C/O NIAGARA COUNTY SHERIF Civil Division P.O. Box 496 Lockport, New York 14095- | | | As assignee and/or notification. File No. 09000190. | | |
| 0418<br>Credit One Bank / Cach, L C/O Law Office of Larry R 155 Montrose West Avenue Suite 200 Copley, Ohio 44321 | | | As assignee and/or other notification for Credit One Bank, N.A. and/or Cach, LLC | | |
| 0418<br>Credit One Bank, N.A. Attn: Bankruptcy Departm P.O. Box 98873 Las Vegas, NV 89193-8873 | | | Claim incurred 2000-2008 for the purchase of goods and/or services. | | 892.34 |
| 0418<br>Credit One Bank, N.A. C/O JACOB COLLECTION GRP 2623 West Oxford Loop Oxford, MS 38655-5442 | | | As assignee and/or other notificatin for Credit One Bank, N.A. | | |
| 4477<br>HSBC C/O Law Offices of Cohen & Slamowitz, LLP PO Box 9001 Woodbury, NY 11797-9001 | | | As assignee and/or notification for HSBC/Midland Funding Llc Dba in New York as Midland Funding of De | | |

X
_____ continuation sheets attached.

Subtotal    $    892.34

Total    $    17,778.07

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re: Kegelmyer, James R.                     Debtor(s)       Case No.                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 4477<br><br>HSBC<br>C/O MIDLAND CREDIT MANAGE<br>Attn:  Bankruptcy Departm<br>Department 8870<br>Los Angeles, CA 90084-887 | | | As assignee and/or other notification for HSBC. MCM Acct No. 8528994101 | | |
| 6189<br><br>HSBC<br>C/O NRC<br>Attn:  Bankruptcy Departm<br>6491 Peachtree Industrial<br>Atlanta, GA 30360 | | | As assignee and/or other notification for HSBC, re: HSBC Acct # 5408010031256189. | | |
| 4477<br><br>HSBC / Ntnl Am. Credit Co<br>C/O NCB<br>Attn:  Bankruptcy Departm<br>P.O. Box 1099<br>Langhorne, PA 19047 | | | As assignee and/or other notification for HSBC BANK NEVADA, N.A. / National American Credit Corp. Re: Acct #4269320000634477 | | |
| 4477<br><br>HSBC Bank Nevada, NA/AIS<br>C/O CENTRAL CREDIT SERVIC<br>Attn:  Bankruptcy Departm<br>P.O. Box 15118<br>Jacksonville, FL 32239-51 | | | As assignee and/or other notification for HSBC Bank Nevada / AIS Services. | | |
| 6189<br><br>HSBC/Atlantic Credit & Fi<br>C/O REGENT ASSET MANAGEME<br>Attn:  Bankruptcy Departm<br>7290 Samuel Dr, Suite 200<br>Denver, Colorado 80221 | | | As assignee and/or other notification for Atlantic Credit & Finance / HSBC (re:  HSBC Acct #5408010031256189). | | |
| 4477<br><br>HSBC/Midland Funding LLC<br>C/O Law Offices of Cohen<br>199 Crossways Park Drive<br>P.O. Box 9004<br>Woodbury, NY 11797-9004 | | | Claim incurred 2000-2008 through HSBC BANK NEVADA, N.A./HOUSEHOLD Acct # 4269320000634477; MCM Acct #8528994101. | | 1,981.38 |

X
_____ continuation sheets attached.

|  |  |
|---|---|
| Subtotal | $ 1,981.38 |
| Total | $ 19,759.45 |

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)


In re: Kegelmyer, James R.                    Debtor(s)     Case No.              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 6410<br><br>NFMMC<br>Attn: Bankruptcy Departme<br>621 Tenth Street<br>Niagara Falls, NY 14302 | | | Claim incurred 2000-2008 for the purchase of goods and/or services. | | 250.00 |
| 6410<br><br>NFMMC<br>C/O Outsource Receivables<br>261 Main Street<br>Arcade, NY 14009-1212 | | | As assignee and/or other notification for Niagara Falls Memorial Medical Center.  Outsource Acct # 00676916 | | |
| NY Financial Services/AAO<br>Mullooly, Jeffrey, Rooney<br>6851 Jericho Turnpike, St<br>P.O. Box 9036<br>Syosset, NY 11791-9036 | | | As assignee and/or other notification for NY Financial Services (AAO Washington Mutual); MJRF File No. 404254 | | |
| 5190<br><br>Target National Bank<br>Attn:  Bankruptcy Departm<br>Mail Stop 5C-F<br>PO Box 673<br>Minneapolis, MN 55440 | | | Claim incurred 2000-2008 for credit card purchases. | | 316.55 |
| 5190<br><br>Target National Bank<br>C/O Chase Receivables<br>1247 Broadway<br>Sonoma, CA 95478 | | | As assignee and/or other notification for Target National Bank.  Chase Acct #02603215 | | |
| 5190<br><br>Target National Bank<br>C/O NORTHLAND GROUP INC.<br>7831 Glenroy Road<br>Suite 350<br>Edina, MN 55439-3108 | | | As assignee and/or other notification for Target National Bank. (Northland Acct # F22743664 | | |

X
____   continuation sheets attached.

Subtotal  $   566.55

(Use only on last page of the completed Schedule F.)     Total  $  20,326.00
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

In re: Kegelmyer, James R.          Debtor(s)     Case No.          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 5190<br><br>Target National Bank<br>C/O RJM ACQUISITONS, LLC<br>575 Underhill Blvd.<br>Suite 224<br>Syosset, NY 11791-3416 | | | As assignee and/or other notification for Target National Bank. | | |
| 5190<br><br>Target National Bank<br>C/O SIMM ASSOC, INC.<br>800 Pencader Drive<br>Newark, DE 19702 | | | As assignee and/or other notification for Target National Bank. | | |
| 8515<br><br>Washington Mutual Bank<br>C/O ARROW FINANCIAL SERV.<br>Attn:  Bankruptcy Departm<br>5996 W Touhy Avenue<br>Niles, IL 60714 | | | Claim incurred 2000-2008 for the purchase of goods and/or services through Washington Mutual Bank, Acct # ending in 8515.. | | 5,288.67 |
| 1129<br><br>Washington Mutual Bank<br>C/O ARROW FINANCIAL SERV.<br>Attn:  Bankruptcy Departm<br>5996 W Touhy Ave<br>Niles, IL 60714 | | | Claim incurred 2000-2008 re:  Washington Mutual Bank Acct # 4185865991421129; Arrow ID # 37614604 | | 2,273.26 |
| Washington Mutual Bank<br>C/O NY Financial Services<br>401 Railroad Avenue<br>Westbury, NY 11590 | | | Claim incurred 2000-2008 for the purchase of goods and/or services through Washington Mutual Bank. | | 3,222.94 |
| 9059<br>nelnet<br>Attn:  Bankruptcy Departm<br>P.O. Box 82561<br>Lincoln, NE 68501 | | | Claim incurred 2000-2008 for  a student loan. | | 0.00 |

———  continuation sheets attached.

Subtotal  $  10,784.87

(Use only on last page of the completed Schedule F.)     Total  $  31,110.87
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 G (12/07)**          **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Kegelmyer, James R.                                    Debtor(s)   Case No.                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

Form B6 H (12/07)    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:  Kegelmyer, James R.                    Debtor(s)   Case No.                    (if known)

# SCHEDULE H - CODEBTORS

☒  Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |



Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Kegelmyer, James R.         Debtor(s)  Case No.        (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|
| Debtor's Marital Status<br>Single | RELATIONSHIP | AGE |
| | | |

| **Employment** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation Residence Manager<br>Name of Employer Fellowship House, Inc. | | |
| How long employed 6 years | | |
| Address of Employer<br>P.O. Box 600<br>Niagara Falls, NY 14302-0606 | | |

INCOME: (Estimate of average monthly income at time case filed)       DEBTOR       SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | 2428.40 | |
| 2. Estimate monthly overtime | 0.00 | |
| 3. SUBTOTAL | 2428.40 | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | 506.36 | |
|    b. Insurance | 27.75 | |
|    c. Union dues | | |
|    d. Other (Specify) | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 534.11 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1894.29 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm | | |
|    (attach detailed statement) | | |
| 8. Income from real property | | |
| 9. Interest and dividends | | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | |
| 11. Social security or other government assistance (Specify) | | |
| 12. Pension or retirement income | | |
| 13. Other monthly income (Specify) | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1894.29 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 1894.29 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:



In re: Kegelmyer, James R.          Debtor(s)  Case No.          (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The monthly average income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

1. Rent or home mortgage payment  (include lot rented for mobile home)          $          300.00
   a. Are real estate taxes included? ☐ Yes ☒ No    b. Is property insurance included? ☐ Yes ☒ No

2. Utilities  Electricity and Heating Fuel _____          150.00
   b. Water and Sewer _____          20.00
   c. Telephone _____          80.00
   d. Other

3. Home maintenance (repairs and upkeep) _____          50.00
4. Food _____          350.00
5. Clothing _____          30.00
6. Laundry and dry cleaning _____          40.00
7. Medical and dental expenses _____          60.00
8. Transportation (not including car payments) _____          120.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc. _____          40.00
10. Charitable contributions _____
11. Insurance (not deducted from wages or included in home mortgage payments)
   a. Homeowner's or renter's _____
   b. Life _____
   c. Health_____
   d. Auto _____          105.00
   e. Other

12. Taxes (not deducted from wages or included in home mortgage payments)
   (Specify)

13. Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan)
   a. Auto _____          352.60
   b. Other _____
   c. Other _____

14. Alimony, maintenance, and support paid to others _____
15. Payments for support of additional dependents not living at your home _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)
17. Other          Auto Maintenance          50.00
                   Grooming          25.00

18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules and,          $     1772.60
    if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
   a. Average monthly income from line 15 of Schedule I _____
   b. Average monthly expenses from Line 18 above _____
   c. Monthly net income (a. minus b.) _____          0.00



Form B6 SUM (12/07)     **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT Western        DISTRICT OF New York

In re: Kegelmyer, James R.                    Debtor(s)   Case No.
                                              Chapter

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | x | 1 | 0.00 | | |
| B - Personal Property | x | 5 | 19922.00 | | |
| C - Property Claimed as Exempt | x | 1 | | | |
| D - Creditors Holding Secured Claims | x | 1 | | 4000.00 | |
| E - Creditors Holding Unsecured Priority Claims | x | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | x | 6 | | 31,110.87 | |
| G - Executory Contracts and Unexpired Leases | x | 1 | | | |
| H - Codebtors | x | 1 | | | |
| I - Current Income of Individual Debtor(s) | x | 1 | | | 1894.29 |
| J - Current Expenditures of Individual Debtor(s) | x | 1 | | | 1772.60 |
| Total Number of Sheets of All Schedules | | 19 | | | |
| Total Assets | | | 19922.00 | | |
| Total Liabilities | | | | 35110.87 | |

Form B6, S2, (12/07)     **Blumberg**Excelsior, Inc., Publisher, NYC 10013



# United States Bankruptcy Court

In re: Kegelmeyer, James R.     Western    **District Of** New York

Debtor(s)    Case No.

Chapter   7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 0.00 |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I Line 16) | $ | 1894.29 |
| Average Expences (from Schedule J, Line 18) | $ | 1772.60 |
| Current Monthly Income (from Form 22A Line 12; **OR** Form 22B Line 11; **OR,** Form 22C Line 20) | $ | 2,428.40 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "Unsecured Portion, IF ANY" column | | | $ | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY, IF ANY" column | $ | 0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 31,110.87 |
| 5. Total from non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 31,110.87 |

**The foregoing information is for statistical purposes only under 28 U.S.C § 159.**



Form B6 Cont. (12-07)   **Blumberg** Excelsior, Inc., Publisher, NYC 10013

In re:   Kegelmyer, James R.

                                                    Debtor(s) Case No.              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and
that they are true and correct to the best of my knowledge, information, and belief.
<span style="font-size:smaller">(Total shown on summary page plus 2.)</span>

Date————————————      Signature _/s/ James R. Kegelmyer _____
                                        Kegelmyer, James R.       Debtor

Date————————————      Signature_____
                                                          (Joint Debtor, if any)

*(If joint case, both spouses must sign.)*

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY
## PETITION PREPARER (See U.S.C. §110.)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this
document for compensation and have provided the debtor with a copy of this document and the notices and information required
under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C.
§110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the
maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that
section.

Print or Type Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by
                                                              11 U.S.C. §110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the*
*officer, principal, responsible person, or partner who signs this document.*

Address:

X————————————————————————————   ————————————
  Signature of Bankruptcy Petition Preparer                           Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the
bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person*

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in**
**fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.**

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation
or a member or an authorized agent of the partnership] of the _____ [corporation or partnership]
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
**(Total shown on summary page plus 1.)**

Date _____             Signature _____
                                            (Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years
or both. 18 U.S.C. §§ 152 and 3571.

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Property Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I  -  Current Income of Individual Debtor(s)
Schedule J -  Current Expenditures of Individual Debtor(s)

Unsworn Declaration Under Penalty of Purjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of
any amendments thereto must contain a caption as in Form 16B.  Subsequent pages should be
identified with the debtor's name and case number.  If the schedules are filed with the petition,
the case number should be left blank.

Schedules D, E, and F have been designated for the listing of each claim only once.  Even
when a claim is secured only in part or entitled to priority only in part, it still should be listed
only once.
A claim which is secured in whole or in part should be listed on Schedule D only, and a claim
which is entitled to priority in whole or in part should be listed on Schedule E only.  Do not
list the same claim twice.  If a creditor has more than one claim, such as claims arising from
seperate transactions, each claim should be scheduled seperately.

Review the specific instructions for each schedule before completing the schedule.



Form B8 (10/06)  **Blumberg**Excelsior, Inc., Publisher, NYC 10013

**UNITED STATES BANKRUPTCY COURT**　　　　Western **DISTRICT OF** New York

In re:Kegelmyer, James R.　　　　Debtor(s)　　Case No.
　　　　　　　　　　　　　　　　　　　　　　Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☒ I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☒ I intend to do the following with respect to the property of the estate which secures those consumer debts or is subject to a lease:

| Description of Secured Property | Creditor's name | Property will be surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 2004 Saturn Vue | Citizen's Bank | | X | | X |

| Description of Leased Property | Lessor's name | Lease will be assumed pursuant to 11 U.S.C. 362(h)(1)(A) | | | |
|---|---|---|---|---|---|
| | | | | | |

02/13/2009　/s/ James R. Kegelmyer

Date:　　　Signature of Debtor　　　　　　　　　　Signature of Co-Debtor

---------------------------------------------------------------------

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY
## PETITION PREPARER (See U.S.C. §110.)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Print or Type Name and Title, if any, of Bankruptcy Petition Preparer　　　Social Security No. (Required by 11 U.S.C. §110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer,*

Address:

X _____　　　02/13/2009
　　Signature of Bankruptcy Petition Preparer　　　　　　Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110;**

 **Blumberg**Excelsior, Inc., Publisher, NYC 10013

3085W Stmt of Comp.:
Rule 2016(b) (12-95)

# UNITED STATES BANKRUPTCY COURT     Western **DISTRICT OF** New York

In re: Kegelmyer, James R.

Debtor(s)   Case No.        (if known)

## STATEMENT

Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1)  The undersigned is the attorney for the debtor(s) in this Case.

(2)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

    (a)  for legal services rendered or to be rendered in contemplation of and in connection
        with this case                                                                    $        1000.00
    (b)  prior to filing this statement, debtor(s) have paid                            $        1000.00
    (c)  the unpaid balance due and payable is                                          $           0.00

(3)  $ 299.00                          of the filing fee in this case has been paid.

(4)  The services rendered or to be rendered include the following:

    (a)  analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
        petition under title 11 of the United States Code.
    (b)  preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    (c)  representation of the debtor(s) at the meeting of creditors.

(5)  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
    performed, and

(6)  The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
    earnings, wages and compensation for services performed, and

(7)  The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

(8)  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
    any compensation paid or to be paid except as follows:

Dated:                          Respectfully submitted,                   Attorney for Petitioner
                                /s/ Edward J. Dinki                       Edward J. Dinki, Esq.

**Attorney's name and address**

Arrow Finanical Services, LL
C/O Mullooly, Jeffrey, et al
6851 Jericho TPK
P.O. Box 9036
Syosset, NY 11791-9036


Atlantic Credit & Finance
c/o CAPITAL MANAGEMENT SERV.
726 Exchange Street
Suite 700
Buffalo, New York 14210


Atlantic Credit & Finance/HS
C/O CAPITAL MANAGEMENT SERV.
Attn:  Bankruptcy Department
726 Exchange St, Suite 700
Buffalo, New York 14210


Capital One
C/O PHILLIP & COHEN ASSOC.
Attn:  Bankruptcy Department
P.O. Box 48458
Oak Rark, MI 48237


Capital One Bank
C/O Forster & Garbus
P.O. Box 9030
Farmingdale, NY 11735-9030


Capital One Bank (USA), N.A.
Attn:  Bankruptcy Department
1680 Capital One Drive
McClean, VA 22102


Capital One Bank (USA), N.A.
Attn:  Bankruptcy Department
1680 Capital One Drive
McClean, VA 22102


Capital One Bank (USA), N.A.
C/O FORSTER & GARBUS
Attn:  Bankruptcy Department
P.O. Box 9030
Farmingdale, NY 11735-9030

Capital One Bank (USA), N.A.
C/O FORSTER & GARBUS
Attn:  Bankruptcy Department
P.O. Box 9030
Farmingdale, NY 11735-9030


Capital One Bank (USA), N.A.
C/O Forster & Garbus
Attn:  Bankruptcy Department
500 Bi County Blvd.
Farmingdale, NY 11735


Capital One Bank (USA), N.A.
C/O Forster & Garbus
P.O. Box 9030
Farmingdale, NY 11735-9030


Capital One Bank (USA), N.A.
C/O UNITED RECOVERY SYSTEMS
Attn:  Bankruptcy Department
P.O. Box 722929
Houston, TX 77272-2929


Capital One Bank (USA), N.A.
NCO FINANCIAL SYSTEMS, INC.
Attn:  Bankruptcy Department
507 Prudential Road
Horsham, PA 19044


Capital One Bank/Forster & G
C/O NIAGARA COUNTY SHERIFF
Civil Division
P.O. Box 496
Lockport, New York 14095-049


Citizens Automobile Finance
Attn:  Bankruptcy Department
P.O. Box 42115
Providence, RI 02940-2115


Credit One Bank / Cach, LLC
C/O Law Office of Larry Roac
155 Montrose West Avenue
Suite 200
Copley, Ohio 44321

Credit One Bank, N.A.
Attn: Bankruptcy Department
P.O. Box 98873
Las Vegas, NV 89193-8873


Credit One Bank, N.A.
C/O JACOB COLLECTION GRP
2623 West Oxford Loop
Oxford, MS 38655-5442


HSBC
C/O Law Offices of
Cohen & Slamowitz, LLP
PO Box 9001
Woodbury, NY 11797-9001


HSBC
C/O MIDLAND CREDIT MANAGEMEN
Attn: Bankruptcy Department
Department 8870
Los Angeles, CA 90084-8870


HSBC
C/O NRC
Attn: Bankruptcy Department
6491 Peachtree Industrial Bl
Atlanta, GA 30360


HSBC / Ntnl Am. Credit Corp.
C/O NCB
Attn: Bankruptcy Department
P.O. Box 1099
Langhorne, PA 19047


HSBC Bank Nevada, NA/AIS Ser
C/O CENTRAL CREDIT SERVICES
Attn: Bankruptcy Department
P.O. Box 15118
Jacksonville, FL 32239-5118


HSBC/Atlantic Credit & Finan
C/O REGENT ASSET MANAGEMENT
Attn: Bankruptcy Department
7290 Samuel Dr, Suite 200
Denver, Colorado 80221

HSBC/Midland Funding LLC
C/O Law Offices of Cohen & S
199 Crossways Park Drive
P.O. Box 9004
Woodbury, NY 11797-9004


NFMMC
Attn: Bankruptcy Department
621 Tenth Street
Niagara Falls, NY 14302


NFMMC
C/O Outsource Receivables Ma
261 Main Street
Arcade, NY 14009-1212


NY Financial Services/AAO Wa
Mullooly, Jeffrey, Rooney &
6851 Jericho Turnpike, Ste22
P.O. Box 9036
Syosset, NY 11791-9036


Target National Bank
Attn:  Bankruptcy Department
Mail Stop 5C-F
PO Box 673
Minneapolis, MN 55440


Target National Bank
C/O Chase Receivables
1247 Broadway
Sonoma, CA 95478


Target National Bank
C/O NORTHLAND GROUP INC.
7831 Glenroy Road
Suite 350
Edina, MN 55439-3108


Target National Bank
C/O RJM ACQUISITONS, LLC
575 Underhill Blvd.
Suite 224
Syosset, NY 11791-3416

Target National Bank
C/O SIMM ASSOC, INC.
800 Pencader Drive
Newark, DE 19702


Washington Mutual Bank
C/O ARROW FINANCIAL SERV.
Attn:  Bankruptcy Department
5996 W Touhy Ave
Niles, IL 60714


Washington Mutual Bank
C/O ARROW FINANCIAL SERV.
Attn:  Bankruptcy Department
5996 W Touhy Avenue
Niles, IL 60714


Washington Mutual Bank
C/O NY Financial Services, L
401 Railroad Avenue
Westbury, NY 11590


nelnet
Attn:  Bankruptcy Department
P.O. Box 82561
Lincoln, NE 68501